## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ANTHONY GODEAUX,** | § § | **CIVIL ACTION NUMBER:** 6:19-cv-01110 |
| **Plaintiff** | § § | |
| v. | § § § | **JUDGE:** |
| **UNITED OF OMAHA,** | § § § | **MAGISTRATE:** |

### INDEX OF PLEADINGS, ANSWERS TO PLEADINGS, PROCESS, AND ORDERS FROM STATE COURT ACTION

The following is an index of the pleadings, answers to pleadings, process, and orders entered by the state court in as Cause No. 78335-A; *Anthony Godeaux v. United of Omaha;* 13th Judicial District Court of Parish of Evangeline, State of Louisiana:

**EXHIBIT A**    Civil Clerk's Certificate

Docket Sheet

Executed Process with Affidavit of Service

Pleadings

Request for Notice of Date of Trial, etc.

2783774v.1

**EXHIBIT A**

STATE OF LOUISIANA
PARISH OF EVANGELINE
13TH JUDICIAL DISTRICT COURT

CIVIL CLERK'S CERTIFICATE

I, Tina C. Fontenot, Deputy Clerk of Court, in and for the Parish of Evangeline, State of Louisiana, do hereby certify that the attached documents are true and correct copies of the Civil Suit entitled "ANTHONY GODEAUX versus UNITED OF OMAHA" Civil Docket Number 78335-A consisting of 5 pages, the original of which documents are on file in my office.

Ville Platte, Louisiana this 12TH day of AUGUST, 2019.

By: *Tina C. Fontenot*
TINA C. FONTENOT
DEPUTY CLERK OF COURT

**Evangeline Parish Clerk of Court** - Randall M. "Randy" Deshotel    **Tina Fontenot**

Case Display

Case Information | Party Information | History Information

## Case Information

| Case Title | Date Cast | Proceeding Type | Case Number | Ledger Balance | Date Filed | Status | Division | Cash Balance | Last Deposit | Type | Last Cost | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GODEAUX, ANTHONY Vs. UNITED OF OMAHA | | PETITION | 00078335 | $180.00 | 8/6/2019 | OPEN | A | $375.00 | 8/6/2019 | CIVIL | 8/6/2019 | |

## Party Information

Top

| Party Type | Party Name | Attorney Firm | Attorney Name | Attorney Address | Deposits | Prepaid | Cost | Cast | Refund | Ledger | Cash Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PLAINTIFF | GODEAUX, ANTHONY | DONOVAN J O'PRY II | O'PRY, DONOVAN J II | 2014 W PINHOOK RD SUITE 507 LAFAYETTE, LA 70508 | $375.00 | $0.00 | $195.00 | $0.00 | $0.00 | $180.00 | $375.00 |
| DEFENDANT | UNITED OF OMAHA THRU SEC OF STATE 8585 ARCHIVES AVE BATON ROUGE, LA | UNASSIGNED FIRM | UNASSIGNED ATTORNEY | UNASSIGNED U, LA 000000000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## History Information

| Transaction Date | Session Date | Images | Party Name | Description | Code | Check Date | Check Number | Amount | Flag |
|---|---|---|---|---|---|---|---|---|---|
| 8/6/2019 | 08/06/2019 | | GODEAUX, ANTHONY | LCRAA | CLERK | | | -5.00 | Flag |
| 8/6/2019 | 08/06/2019 | | GODEAUX, ANTHONY | LOUISIANA JUDICIAL COLLEGE | LA SUPREME COURT | | | -0.50 | Flag |
| 8/6/2019 | 08/06/2019 | | GODEAUX, ANTHONY | JUDICIAL EXPENSE FUND | OTHER | | | -15.00 | Flag |
| 8/6/2019 | 08/06/2019 | | GODEAUX, ANTHONY | JUDGES SUPPLEMENTAL COMPENSATION FUND | JCF | | | -25.50 | Flag |
| 8/6/2019 | 08/06/2019 | | GODEAUX, ANTHONY | ADMINISTRATORS FEES | CLERK | | | -20.00 | Flag |
| 8/6/2019 | 08/06/2019 | 1 Pages | GODEAUX, ANTHONY | CITATION Comment: UNITED OF OMAHA | CLERK | | | -20.00 | Flag |
| 8/6/2019 | 08/06/2019 | | GODEAUX, ANTHONY | SECRETARY OF STATE | SEC | | | -50.00 | Flag |
| 8/6/2019 | 08/06/2019 | 1 Pages | GODEAUX, ANTHONY | REQUEST FOR NOTICE OF TRIAL Comment: C/C & STAMP COPY | CLERK | | | -15.00 | Flag |
| 8/6/2019 | 08/06/2019 | 3 Pages | GODEAUX, ANTHONY | PETITION FOR BENEFITS DUE Comment: C/C & STAMP COPY | CLERK | | | -44.00 | Flag |
| 8/6/2019 | 08/06/2019 | | GODEAUX, ANTHONY | DEPOSIT By O'PRY, DONOVAN J II | CLERK | | | 375.00 | Flag |
| 8/6/2019 | 08/06/2019 | | ALL PARTIES | DIVISION AUTO ASSIGNED TO: A | | | | | Flag |
| 8/6/2019 | 08/06/2019 | | ALL PARTIES | JUDGE AUTO ASSIGNED TO: HON. JUDGE GARY J. ORTEGO | | | | | Flag |

# CITATION

GODEAUX, ANTHONY

Versus

UNITED OF OMAHA

Case: 00078335
Division: A
13th Judicial District Court
Parish of Evangeline
State of Louisiana

TO THE DEFENDANT:   UNITED OF OMAHA
THRU ITS AGENT FOR SERVICE
LA SEC OF STATE
R. KYLE ARDOIN
8585 ARCHIVES AVE
BATON ROUGE, LA

You are hereby cited to appear before the District Court, in and for the Parish of Evangeline and comply with the demand contained in the Petition of ANTHONY GODEAUX against you, a copy of which is hereto annexed: or file your answer thereto in the Office of the Clerk of Court, in the Town of Ville Platte, within fifteen (15) days after service thereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Issued and delivered AUGUST 6, 2019

*Charity Vizinat*

Deputy Clerk of Court

Requested by Attorney:
DONOVAN J. O'PRY, II
PETITION FOR BENEFITS DUE & REQUEST FOR NOTICE OF DATE OF TRIAL, ETC

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** or **Departmental Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

RANDALL M DESHOTEL
CLERK OF COURT

2019 AUG -6 AM 10: 52

| | | |
|---|---|---|
| ANTHONY GODEAUX | * | 13TH JUDICIAL DISTRICT COURT |
| | * | |
| VERSUS | * | DOCKET NO. 78335-A |
| | * | |
| UNITED OF OMAHA | * | EVANGELINE PARISH, LOUISIANA |

## PETITION FOR BENEFITS DUE

NOW INTO COURT through undersigned counsel comes and appears Petitioner, ANTHONY GODEAUX, a person of the full age of majority and resident of Evangeline Parish, Louisiana, who respectfully represents the following:

1.

Made Defendant herein is UNITED OF OMAHA LIFE INSURANCE COMPANY ("UNITED OF OMAHA"), a foreign insurance company which can be served through the Louisiana Secretary of State.

2.

On or about June 23, 2018, Petitioner was working as an employee of Irongate Energy Services, LLC as a tong operator on a snubbing unit performing rework/repair operations on a natural gas storage well in Bienville Parish, Louisiana when the well blew out.

3.

Petitioner sustained injuries as a result of the above-mentioned blow out and was subsequently disabled from work on or about August 9, 2018.

4.

Prior to the above-described incident, Petitioner was working full duty at a position in the oil field that required regular lifting of heavy objects and regular manual labor activities.

5.

Subsequent to the above-described accident, Petitioner was disabled from work by his treating health care providers due to bodily injuries, including aggravation/exacerbation of pre-existing cervical spine injuries, and due to psychological injuries.

6.

7.

Defendant, UNITED OF OMAHA, has been provided satisfactory proof that ANTHONY GODEAUX has been disabled from work due to his cervical injuries and psychological injuries not later than April 25, 2019.

8.

Despite having received such proof of ANTHONY GODEAUX'S disability from work, UNITED OF OMAHA has failed to initiate short-term and/or long-term disability benefits.

9.

More than thirty (30) since UNITED OF OMAHA received satisfactory proof of loss; therefore, UNITED OF OMAHA has failed to adequately, fairly, promptly, and/or properly evaluate, adjust, and/or pay the damage claims of the Petitioner, including, but not limited to, reasonable medical expenses, has failed to make a reasonable effort to settle the Petitioners' claims, and is therefore, liable for both payment of claims as well as any and all bad faith damages and attorney fees, pursuant to La. R.S. 22:1821, 1892 and 1973.

WHEREFORE, Petitioner, ANTHONY GODEAUX, prays that after the lapse of all legal delays and due proceedings are had, there be judgment rendered herein in his favor and against the Defendant, UNITED OF OMAHA LIFE INSURANCE COMPANY for all damages sustained, penalties, attorney fees, legal interest from the date of judicial demand until paid, for all the costs of these proceedings, and for all general and equitable relief in the premises.

Respectfully submitted,

O'PRY LAW FIRM, LLC

BY: _____
DONOVAN J. O'PRY, II (#28178)
JOHN P. BARRON (#33719)
2014 W. Pinhook Rd., Suite 507
Lafayette, Louisiana 70508
Phone: (337) 415-0007
Fax: (337) 504-7766
Email: donnie@oprylaw.com

RANDALL M DESHOTEL
CLERK OF COURT

2019 AUG -6 AM 10: 52

DONOVAN J. O'PRY II



donnie@oprylaw.com

www.oprylaw.com

A LIMITED LIABILITY COMPANY

Pinhook Tower
2014 W. Pinhook Rd., Suite 507
Lafayette, LA 70508
Phone: (337) 415-0007
Fax: (337) 504-7766
Toll Free: 1-844-236-6643

August 2, 2019

Honorable Randall M. Deshotel
Clerk of Court
Evangeline Parish
Post Office Drawer 347
Ville Platte, LA 70586

  Re: Anthony Godeaux
     v. United of Omaha

Dear Sir or Madame:

  Enclosed, please find an original and one (1) copy of a *Petition for Benefits Due and Request for Notice of Trial* to be filed on behalf of my client, Anthony Godeaux. Please perfect service as requested in the Petition, thereafter returning a filed stamped copy to my office in the enclosed, self-addressed, and stamped envelope.

  A firm check in the amount of $375.00 is enclosed to cover the cost of this request.

  If you have any questions or concerns, please do not hesitate to contact me.

  With kindest regards and best wishes, I remain,

            Sincerely,

            DONOVAN J. O'PRY, II

DJO/bdm
Enclosure

RANDALL M DESHOTEL
CLERK OF COURT

2019 AUG -6 AM 10: 52

| | | |
|---|---|---|
| ANTHONY GODEAUX | * | 13TH JUDICIAL DISTRICT COURT |
| VERSUS | * | DOCKET NO. _____ |
| UNITED OF OMAHA | * | EVANGELINE PARISH, LOUISIANA |

### REQUEST FOR NOTICE OF DATE OF TRIAL, ETC.

TO THE CLERK OF COURT in and for the above Parish:

PLEASE TAKE NOTICE that undersigned counsel, attorney for parties listed, does hereby request written notice of the date of trial of the above matter, as well as notice of hearings (whether on merits or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge, or any member of Court, as provided in the Louisiana Code of Civil Procedure, particularly Articles 1572, 1913, and 1914 thereof.

Respectfully submitted,

O'PRY LAW FIRM, LLC

BY: _____
DONOVAN J. O'PRY, II (#28178)
JOHN P. BARRON (#33719)
2014 W. Pinhook Rd., Suite 507
Lafayette, Louisiana 70508
Phone: (337) 415-0007
Fax: (337) 504-7766
Email: donnie@oprylaw.com
Email: johnny@oprylaw.com
ATTORNEYS FOR PETITIONER,
ANTHONY GODEAUX