IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ANTHONY GODEAUX,** | § | **CA NO. 6:19-CV-0110-RRS-PJH** |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | **JUDGE ROBERT R. SUMMERHAYS** |
| | § | |
| | § | |
| **UNITED OF OMAHA LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | **MAGISTRATE JUDGE PATRICK J.** |
| | § | **HANNA** |
| Defendant. | § | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now, Plaintiff, ANTHONY GODEAUX and files this his Unopposed Motion to Dismiss all claims against Defendant United of Omaha Life Insurance Company, and requests this Court to enter the attached Order of Dismissal of Claims with prejudice. All matters and disputes between the parties have been resolved.

WHEREFORE, it is prayed that this Motion be granted, that an order of dismissal, with prejudice, be entered on all claims filed by Plaintiff Anthony Godeaux against Defendant United of Omaha Life Insurance Company, and that attorneys' fees and costs of court be taxed against the party incurring same.

1

Respectfully submitted,

**O'PRY LAW FIRM, LLC**

BY:   /s/ *John P. Barron*
    Donovan J. O'Pry, II (#28178)
    John P. Barron (#33719)
    2014 W. Pinhood Rd., Suite 507
    Lafayette, Louisiana
    Phone: (337) 415-0007
    Fax: (337) 504-7766
    Email: donnie@oprylaw.com
    Email: johnny@oprylaw.com
**ATTORNEY-IN CHARGE FOR PLAINTIFF
ANTHONY GODEAUX**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded to all attorneys of record in accordance with the Federal Rules, on this 1ST day of June, 2020, via hand delivery, and/or regular mail, and/or certified mail, return receipted requested, and/or facsimile.

Kristie E. Johnson
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
909 Fannin Street, Suite 3300
Houston, TX 77010

    /s/ *John P. Barron*
    JOHN P. BARRON