IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ANTHONY GODEAUX,** | § | CA NO. 6:19-CV-01110-RRS-PJH |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | JUDGE ROBERT R. SUMMERHAYS |
| | § | |
| | § | |
| **UNITED OF OMAHA LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | MAGISTRATE JUDGE PATRICK J. |
| | § | HANNA |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiff Anthony Godeaux to dismiss all claims against Defendant United of Omaha Life Insurance Company, with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Anthony Godeaux's Motion to Dismiss all claims against Defendant United of Omaha Life Insurance Company, with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

**SIGNED** this 2nd day of June, 2020.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**

2887098v.1

**APPROVED AND ENTRY REQUESTED:**

**O'PRY LAW FIRM, LLC**

BY:  /s/ *John P. Barron*
Donovan J. O'Pry, II (#28178)
John P. Barron (#33719)
2014 W. Pinhook Rd., Suite 507
Lafayette, Louisiana
Phone: (337) 415-0007
Fax: (337) 504-7766
Email: donnie@oprylaw.com
Email: johnny@oprylaw.com
**ATTORNEY-IN CHARGE FOR PLAINTIFF ANTHONY GODEAUX**


**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Kristie E. Johnson*
Kristie E. Johnson
Louisiana Bar No. 25041
Kristie.Johnson@WilsonElser.com
650 Poydras Street, Suite 220
New Orleans, Louisiana 70130
Telephone: 504-702-1710
Telecopy:   504-702-1715
**ATTORNEY-IN-CHARGE FOR DEFENDANT UNITED OF OMAHA LIFE INSURANCE COMPANY**